# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

XAVIER L. REDUS                                                        PLAINTIFF
ADC #108610

V.                              NO: 4:09CV00675 JMM

NORMAN L. HODGES, JR. *et al.*                                        DEFENDANTS

## **JUDGMENT**

     Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

     DATED this 20th day of August, 2009.


_____
UNITED STATES DISTRICT JUDGE